# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,   :   No. 227 WAL 2015
                                :
                Respondent      :
                                :
                                :   Petition for Allowance of Appeal from
                                :   the Order of the Superior Court
        v.                      :
                                :
                                :
                                :
ERIC LEON DENNIS,               :
                                :
                Petitioner      :

## ORDER

**PER CURIAM**

    **AND NOW**, this 16th day of December, 2015, the Petition for Allowance of Appeal is **DENIED**.